# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

ELLIOT MONTANA (#293682)

CIVIL ACTION

VERSUS

18-1045-SDD-RLB

DARREL VANNOY, ET AL.

## RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated July 16, 2019, to which an objection[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Defendants, Wesley Spillman and John Doe, are hereby DISMISSED, without prejudice, for failure to timely effect service upon them.

**IT IS FURTHER ORDERED** that the Defendants' *Motion to Dismiss* (Rec. Doc. 13) is hereby GRANTED dismissing: (1) the Plaintiff's claims against Defendants, Vannoy and Falgout, and (2) the Plaintiff's claims for monetary damages asserted against Defendant Simpson, in his official capacity, with prejudice.

---

[1] Rec. Doc. 13.
[2] Rec. Doc. 19.
[3] Rec. Doc. 20.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction over the Plaintiff's potential state law claims, and this matter is hereby referred back to the Magistrate Judge for additional proceedings herein.

Baton Rouge, Louisiana the 31 day of July, 2019.

SHELLY D. DICK, CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA