# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

ELLIOT MONTANA (#293682)

VERSUS

DARREL VANNOY, ET AL.

CIVIL ACTION

NO. 18-1045-SDD-RLB

## RULING

Before the Court is a Notice of Appeal (R. Doc. 24), in which the plaintiff seeks to appeal this Court's Ruling (R. Doc. 21) dismissing a significant portion of the plaintiff's claims and most of the defendants. Generally, pursuant to 28 U.S.C. § 1291, only final decisions of district courts may be reviewed on appeal. Accordingly, this Court construes the instant Notice of Appeal as a motion to certify this Court's Ruling (R. Doc. 21) for interlocutory appeal pursuant to 28 U.S.C. § 1292.[1] Section 1292(b) states as follows:

> When a district judge, in making in a civil action an order not otherwise appealable under this section, shall be of the opinion that such order involves a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation, he shall so state in writing in such order. The Court of Appeals which would have jurisdiction of an appeal may thereupon, in its discretion, permit an appeal to be taken from such an order, if application is made to it within ten days after the entry of the order....

In the instant matter, none of the foregoing statutory requirements have been met. There is no controlling question of law to which there is substantial ground for difference of opinion and granting an appeal at this stage will not materially advance the ultimate termination of litigation.

---

[1] Absent leave to proceed with an interlocutory appeal, the Court of Appeals has no jurisdiction to entertain the plaintiff's interlocutory appeal. *See Burge v. Parish of St. Tammany*, 187 F.3d 452, 477 (5th Cir. 1999).

Once there is a final judgment, the plaintiff may appeal if he is dissatisfied with the result and may then raise the issues with the Fifth Circuit. Accordingly,

**IT IS ORDERED** that plaintiff's Motion (R. Doc. 24) be and is hereby **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Leave to Appeal *in Forma Pauperis* (R. Doc. 25) is **DENIED** as there is no final judgment for him to appeal.

Signed in Baton Rouge, Louisiana on September 4, 2019.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA